Michael McKneely (State Bar No. 214896)
McKNEELY LAW FIRM
2300 Tulare Street, Suite 250
Fresno, California 93721
Telephone: (559) 443-7442
Facsimile: (559) 860-0150
mike@fresnocriminalattorney.com

Attorney for Defendant
SHANNON CALHOUN

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>GILBERTO ARTEAGA, JUAN CASTRO, and SHANNON CALHOUN,<br><br>Defendants. | Case No.   1:23-cr-00149-JLT-SKO<br><br>**WAIVER OF PERSONAL PRESENCE FOR ARRAIGNMENT AND ORDER (Fed. R. Crim. P. 10(b))**<br><br>Date:   July 31, 2023<br>Time:   2:00 p.m.<br>Judge:  Hon. Erica P. Grosjean |
|---|---|

Pursuant to rule 10(b) of the Federal Rules of Criminal Procedure 10(b), defendant Shannon Calhoun, hereby waives her right to be personally present for her arraignment scheduled in this Court on July 31, 2023 at 2:00 p.m. before the Honorable Erica P. Grosjean .

Ms. Calhoun was released into an inpatient drug and alcohol program on July 26, 2023. Counsel is informed and believes that Ms. Calhoun is in the initial "blackout" phase of her treatment and requests that she be excused from attending the arraignment on that basis.

Ms. Calhoun's counsel has received a copy of the Indictment in this case and will enter a not guilty plea on her behalf. Counsel for the United States does not oppose this request.

| | |
|---|---|
| DATED: July 31, 2023 | By: s/ Michael McKneely for Shannon Calhoun |
| | Defendant Shannon Calhoun |
| | |
| DATED: July 31, 2023 | McKNEELY LAW FIRM |
| | By: s/ Michael McKneely |
| | Michael McKneely |
| | Attorneys for Shannon Calhoun |

## ORDER

Pursuant to Rule 10(b) of the Federal Rules of Criminal Procedure, Defendant Shannon Calhoun's personal appearance for arraignment on July 31, 2023 is excused and counsel is permitted to appear on Ms. Calhoun's behalf for arraignment.

IT IS SO ORDERED.

Dated: **July 31, 2023**            /s/ Erica P. Grosjean
                              UNITED STATES MAGISTRATE JUDGE

McKNEELY LAW FIRM
2300 TULARE STREET, SUITE 250
FRESNO, CALIFORNIA 93721
TELEPHONE: (559) 443-7442
FACSIMILE: (559) 860-0150

Waiver Of Personal Presence For Arraignment And [Proposed] Order (Fed. R. Crim. P. 10(b))    -2-