Michael McKneely (State Bar No. 214896)
McKNEELY LAW FIRM
2300 Tulare Street, Suite 250
Fresno, California 93721
Telephone: (559) 443-7442
Facsimile: (559) 860-0150
mike@fresnocriminalattorney.com

Attorney for Defendant
SHANNON CALHOUN

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.   1:23-cr-00149-JLT-SKO |
|---|---|
| Plaintiff, | **STIPULATION AND ORDER CONTINUING SENTENCING** |
| v. | |
| SHANNON CALHOUN, | |
| Defendants. | |

### STIPULATION

Defendant Shannon Calhoun, by her counsel Michael McKneely, and the United States of America through its counsel Assistant United States Attorney Justin Gilio, hereby stipulate as follows:

1.  By previous order (Dkt. 65) this matter was set for sentencing on March 17, 2025.

2.  The parties stipulate that good cause exists to continue the sentencing in this matter to April 7, 2025 because defense counsel will be out of the jurisdiction.

3.  United States Probation Officer Megan Pascual was contacted but is out of the office this week.

IT IS SO STIPULATED

| | |
|---|---|
| DATED: March 5, 2025 | MICHAEL McKNEELY,<br>CRIMINAL DEFENSE ATTORNEY |
| | By: s/ Michael McKneely<br>MICHAEL McKNEELY<br>Attorney for Shannon Calhoun |
| DATED: March 5, 2025 | MICHELE BECKWITH<br>Acting United States Attorney |
| | By: s/ Justin Gilio by authorization<br>JUSTIN GILIO<br>Assistant United States Attorney |

## FINDINGS AND ORDER

Based upon the stipulation and representations of the parties, the Court orders the sentencing in this matter be reset to **April 7, 2025** at 9:00 a.m.

IT IS SO ORDERED.

Dated: **March 5, 2025**

UNITED STATES DISTRICT JUDGE